**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFFS |
| vs. | CRIMINAL ACTION NO. 4:05-cr-28 HTW-2 |
| | CIVIL ACTION NO. 4:10cv64HTW |
| BILLY RAY SHOWS, II | DEFENDANT |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court. A copy of the Report and Recommendation was mailed to the defendant July 19, 2013, but the mailing was returned as undeliverable on August 1, 2013. It is incumbent upon litigants to keep the Clerk of Court advised of a current mailing address.

It is, therefore, ordered that this court denies defendant Show's [docket no. 104] Motion to Vacate and dismisses Civil Action No. 4:10cv65 pursuant to FED.R.CIV.P. 41(b), with prejudice.

**SO ORDERED, this the 14th day of August, 2013.**

                                            **s/ HENRY T. WINGATE
                                            UNITED STATES DISTRICT JUDGE**